# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALTON T. BELL

NO. 2019 KW 1331

**NOV 25 2019**

---

In Re:   Alton T. Bell, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 110541.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.** If relator intends to seek review of the district court's ruling denying him a hearing, he should identify how he believes the district court erred and provide this court with a copy of the pleading at issue, all pertinent minute entries, and the district court's ruling on or before January 24, 2020.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT